UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

BRANDON SCARPATI,

    Plaintiff,                                        CASE NO. **14-CV-61159**

v.

DISCOVER FINANCIAL
SERVICES, LLC,

    Defendant.

_____/

## PLAINTIFF'S VERIFIED COMPLAINT

COMES NOW the Plaintiff, BRANDON SCARPATI ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, DISCOVER FINANCIAL SERVICES, LLC. ("Defendant"), alleges and affirmatively state as follows:

### INTRODUCTION

1. Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiffs are each a natural person who resides in Palm City, Martin County,

Florida.

6. Plaintiffs are informed, believe, and thereon allege, that Defendant is a national debt collection company with a business office in Riverwoods, Illinois.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant constantly and consistently places telephone calls to plaintiff.

9. Defendant places telephone calls to Plaintiff on Plaintiff's cellular telephone at 772-634-08XX.

10. Defendant places telephone calls from numbers including, but not limited to, 801-902-2944.

11. Per its prior business practices, each collection call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system.

12. On or around January 31, 2014, Plaintiff spoke to Defendant's representative and requested that Defendant cease calling his cellular phone.

13. Plaintiff revoked any consent, express or implied, to receive calls using an automated dialing system during the course of the telephone conversation on January 31, 2014.

14. Despite Plaintiff's request to cease, Defendant placed at least eight (8) calls to Plaintiff at the following approximate dates and times:

- February 9, 2014: one (1) call;
- February 12, 2014: one (1) call;
- February 15, 2014: two (2) calls;
- February 16, 2014: one (1) call;
- February 22, 2014: three (3) calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,


By: /s/ Shireen Hormozdi
 Shireen Hormozdi
 Krohn & Moss, Ltd
 10474 Santa Monica Blvd., Suite 405
 Los Angeles, CA 90025
 Phone:  (323) 988-2400 ext. 267
 Fax:     (866) 861-1390
 Attorney for Plaintiff
 FBN: 0882461